An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM JAMES BERRY, SR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61697

**FILED**

MAY 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

In his motion, filed on August 2, 2012, appellant claimed that the statute under which he was convicted of murder was void for vagueness, that his conviction thus violated principles of due process, and accordingly, the district court lacked jurisdiction to convict and sentence him. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). His claims were outside the scope of those allowed in a motion to correct an illegal sentence because the alleged issues arose prior to the imposition of his sentence. *See id.* Further, appellant's claims did not implicate the jurisdiction of the trial court. *See* Nev. Const. art. 6, § 6; NRS 171.010. We therefore conclude

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14033

that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Stefany Miley, District Judge
       William James Berry, Sr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk